UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Docket No. 12-CV-4706
BRYAN WILLIAMS and DYLAN SUPRIS-JONES,

                Plaintiff,                                       **NOTICE OF APPEARANCE**

    -against-

                                                                         Electronically filed

THE METROPOLITAN TRANSPORTATION
AUTHORITY (MTA), MTA OFFICER WOZNY,
MTA OFFICER EDWIN GAVILANEZ,
MTA OFFICER DENNIS ESTEROW AND
UNIDENTIFIED MTA POLICE OFFICERS,

                Defendants.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that I am an associate of the law firm of Bee Ready Fishbein Hatter & Donovan, LLP.  I will be appearing in this matter on behalf of Defendants, THE METROPOLITAN TRANSPORTATION AUTHORITY (MTA), MTA OFFICER WOZNY, MTA OFFICER EDWIN GAVILANEZ, MTA OFFICER DENNIS ESTEROW AND UNIDENTIFIED MTA POLICE OFFICERS, individually and in their official capacity.  I was admitted to practice in this District on September 28, 2007.

Dated: Mineola, New York
       July 13, 2012

                                            Respectfully submitted,

                                            **BEE READY FISHBEIN
                                            HATTER & DONOVAN, LLP**

                                            _____/s/_____
                                          Michael Siravo (MPS 6425)
                                          *Attorneys for Defendants*
                                          170 Old Country Road – Suite 200
                                          Mineola, NY 11501
                                          P: 516.746.5599
                                          F: 516.746.1045
                                          msiravo@beereadylaw.com
                                          File no. 6178-1106

TO: **THE LAW OFFICES OF FRED LICHTMACHER, P.C.**
Attn. FRED Lichtmacher (FL-5341)
*Attorneys for Plaintiffs*
Empire State Building
350 5th Avenue, Ste. 7116
New York, NY 10118
T.: 212-922-9066